1  MARK JOSEPH KENNEY (State Bar No. 87345)
   JAN T. CHILTON (State Bar No. 47582)
2  MARK I. WRAIGHT (State Bar No. 228303)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, CA 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendant
   Bank of America, N.A.
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

| 11 CHARLES BEELER and REX VENTURES, LLC, | Case No.: CV 08 3739 EMC |
|---|---|
| 12 | **STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |
| 13 Plaintiffs, | |
| 14 vs. | |
| 15 BANK OF AMERICA, N.A., | |
| 16 Defendants. | |

17    Whereas Civil Local Rule 6-1(a) provides that the time within which to answer or

18 otherwise respond to a complaint may be extended by stipulation of the parties without a Court

19 order, so long as the extension will not alter the date of any event or any deadline already fixed by

20 Court order, and

21    Whereas, this stipulation will not alter any Court imposed date or deadline,

22    Now, therefore, the parties stipulate that Bank of America, N.A. shall have to and

23 including September 15, 2008 in which to answer or otherwise respond to the complaint in this

24 action.

25

26

27

28

11608/0345/686373.1                                Stipulation Extending Time To Answer
                                                   Case No.:CV 08-3739 EMC

1 | DATED: September 4, 2008 | LEVY, RAM & OLSON LLP

By: /s/ Arthur D. Levy
Arthur D. Levy

Attorneys for Plaintiffs
Charles Beeler and Rex Ventures, LLC

7 | DATED: September 2, 2008 | SEVERSON & WERSON
A Professional Corporation

By: /s/ Jan T. Chilton
Jan T. Chilton

Attorneys for Defendant
Bank of America, N.A.

11608/0345/686373.1

- 2 -