Arthur D. Levy (SBN 95659)
LEVY, RAM & OLSON LLP
639 Front St., 4th Floor
San Francisco, CA 94111
Tel: (415) 433-4949

Attorneys for Plaintiffs
CHARLES BEELER and REX VENTURES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO

| | |
|---|---|
| CHARLES BEELER and REX VENTURES, LLC<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | No. C 08-03739 EMC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Date:  November 13, 2008<br>Time:   2:30 p.m.<br>Courtroom:  3 |

Plaintiffs CHARLES BEELER and REX VENTURES, LLC, on the one hand, AND defendant BANK OF AMERICA, N.A., on the other, through their respective counsel, hereby stipulate and request that the Court order as follows:

1. As established by the accompanying declaration of plaintiffs' counsel, plaintiffs' counsel has a calendar conflict that prevents him from attending the scheduled November 13, 2008 Case Management Conference.

2. The parties agree that to accommodate plaintiffs' counsel's trial schedule, the Case Management Conference may be continued to December 18, 2008 at 2:30 p.m.

3. No later than December 11, 2008, the parties shall file their Joint Case Management

---

Case No. C 08-03739 EMC - STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Conference Statement, file their Rule 26(f) Reports and complete Initial Disclsoures, and file their Stipulation re ADR Process and ADR Certifications with the Court.

LEVY, RAM & OLSON LLP

DATED: September 30, 2008

by: /s/ Arthur D. Levy
Arthur D. Levy
Attorneys for Plaintiffs
CHARLES BEELER and REX VENTURES, LLC

SEVERSON & WERSON
A Professional Corporation

DATED: September __, 2008

by: _____
Jan T. Chilton
Attorneys for Defendant
BANK OF AMERICA, N.A.

### ORDER

Good cause appearing, IT IS SO ORDERED.

DATED: October 2, 2008

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

F:\Docs\1122-01\CMC Continuance Stip.doc

1  Conference Statement, file their Rule 26(f) Reports and complete Initial Disclsoures, and
2  file their Stipulation re ADR Process and ADR Certifications with the Court.

                                                  LEVY, RAM & OLSON LLP

DATED: September ___, 2008        by: _____
                                                Arthur D. Levy
                                                Attorneys for Plaintiffs
                                                CHARLES BEELER and REX
                                                VENTURES, LLC

                                                SEVERSON & WERSON
                                                A Professional Corporation

DATED: September 30, 2008        by: _____
                                                Jan T. Chilton
                                                Attorneys for Defendant
                                                BANK OF AMERICA, N.A.

## ORDER

Good cause appearing, IT IS SO ORDERED.

DATED: October ___, 2008                     _____
                                                United States District Judge

F:\Docs\1122-01\CMC Continuance Stip.doc