1  ARTHUR D. LEVY (SBN 95659)
   LEVY, RAM & OLSON, LLP
2  639 Front St., 4th Floor
   San Francisco, CA 94111
3  Telephone: (415) 433-4949
4  Facsimile: (415) 433-7311

5  Attorneys for Plaintiffs
   Charles Beeler and Rex Ventures, LLC

6  JAN T. CHILTON (SBN 47582)
7  SEVERSON & WERSON
   A Professional Corporation
8  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
9  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

10 Attorneys for Defendant
11 Bank of America, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CHARLES BEELER and REX VENTURES, LLC, | Case No.: CV 08-03739-PJH |
|---|---|
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| vs. | |
| BANK OF AMERICA, N.A., | |
| Defendants. | |

Having entered into a Settlement Agreement and Release resolving the disputes that gave rise to this suit, the parties now stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as follows:

This entire action, including all claims alleged in the complaint and first amended complaint, is dismissed, with prejudice, as to all parties. Each party is to bear its own costs and attorney fees in the action.

10597/0086/722615.1

Stipulation for Dismissal with Prejudice
Case No. CV 08-03739-PJH

| | |
|---|---|
| 1   DATED: April __27__, 2009 | LEVY, RAM & OLSON, LLP |

By: */s/ Arthur D. [signature]*

Attorneys for Plaintiffs
Charles Beeler and Rex Ventures, LLC

DATED: April __27__, 2009

SEVERSON & WERSON
A Professional Corporation

By: */s/ Jan T. Chilton [signature]*
               Jan T. Chilton

Attorneys for Defendant
Bank of America, N.A.

- 2 -

10597/0086/722615.1

Stipulation for Dismissal with Prejudice
Case No. CV 08-03739-PJH